CAROL LIGUORI, Respondent, v. HARHAVEN CORPORATION, Appellant.— Action to recover for personal injuries sustained by reason of a fall from a staircase landing in an apartment house, claimed to be slippery owing to wetness. Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the ground that there was no showing establishing, *prima facie*, defendant's liability. Carswell, Adel and Taylor, JJ., concur; Hagarty and Davis, JJ., dissent and vote to affirm.

FANNIE LORENTZ, Assignee of LUTHER D. GARRETT, Appellant, v. MARIETTA D. CLARK, as Administratrix, etc., of WILLIAM A. T. CLARK, Deceased, and Another, Defendants, and RISING SUN HOLDING CORPORATION and RISING SUN GOLF AND COUNTRY CLUB, INC., Respondents.— Order of the City Court of Yonkers opening and continuing a trial, after decision, but before judgment, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.

ANNA N. MALNATI, as Ancillary Administratrix, etc., Substituted in Place of NICHOLAS McKENNA, as Ancillary Executor, etc., of GERTRUDE MALNATI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order vacating the dismissal of the complaint on the court's motion, restoring the case to the calendar, and granting a substitution of parties plaintiff, affirmed, without costs. No opinion. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.

DAVID MELNICK, Appellant, v. TRUST COMPANY OF NORTH AMERICA and PHILIP GOTTFRIED, INC., Respondents.— Action to recover $3,450 upon a claimed rescission of a transaction between the plaintiff and the defendants in respect of certain mortgage participation certificates. Judgment for the defendants unanimously affirmed, with costs. No opinion. Present — Carswell, Davis, Johnston, Adel and Close, JJ.